608

*Louis Monarch, Oscar Cox, Archibald Cox,* and *Morton K. Rothschild* for the United States.

No. 171. UNITED STATES *v.* OKLAHOMA GAS & ELECTRIC Co. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Tenth Circuit granted. *Solicitor General Fahy* for the United States. *Messrs. R. M. Rainey* and *Streeter B. Flynn* for respondent.

No. 172. WRAGG *v.* FEDERAL LAND BANK OF NEW ORLEANS. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit granted. *Messrs. Walter J. Knabe* and *Jack Crenshaw* for petitioner. *Mr. Thomas Harvey Hedgepeth* for respondent.

No. 183. PENDERGAST *v.* UNITED STATES;
No. 186. O'MALLEY *v.* UNITED STATES; and
No. 187. McCORMACK *v.* UNITED STATES. October 12, 1942. Petitions for writs of certiorari to the Circuit Court of Appeals for the Eighth Circuit granted. *Messrs. John G. Madden* and *James P. Aylward* for petitioners in Nos. 183 and 186. *Mr. James E. Carroll* for petitioner in No. 187. *Mr. William S. Hogsett* for the United States.

No. 234. ALBIN *v.* COWING PRESSURE RELIEVING JOINT Co. ET AL. October 12, 1942. Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit granted. *Mr. Lewis E. Pennish* for petitioner. *Mr. Charles Aaron* for respondents.